UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DANIEL S. MORGAN,

    Plaintiff,

v.

SGT. VERNETTE STOWERS, *et al.*,

    Defendants.

Case No. C08-1168-JLR-JPD

REPORT & RECOMMENDATION

This is a civil rights action brought pursuant to 42 U.S.C. § 1983. On November 3, 1008, an Order that had been sent by the Clerk to plaintiff at his last known address – the King County Jail – was returned by the U.S. Postal Service, with an indication that plaintiff was no longer confined at the Jail. (Dkt. No. 14). On November 17, 2008, another Order was similarly returned. (Dkt. No. 16). Under the Local Rules, a *pro se* party "shall keep the court and opposing parties advised as to his current address." Local Rule CR 41(b). "If mail directed to a *pro se* plaintiff by the clerk is returned by the post office, and if such plaintiff fails to notify the court and opposing parties within sixty days thereafter of his current address, the court may dismiss the action without prejudice for failure to prosecute." *Id.*

Plaintiff has failed to comply with this rule because he has not informed the court of his current address and more than sixty days have elapsed since mail was returned by the post office. Accordingly, the court recommends that this action be dismissed without prejudice for failure to prosecute. A proposed Order is attached.

DATED this 21st day of January, 2009.

                                    /s/ James P. Donohue
                                    JAMES P. DONOHUE
                                    United States Magistrate Judge