FILED ___ ENTERED
LODGED ___ RECEIVED

FEB 13 2009

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DANIEL S. MORGAN, | ) |
| Plaintiff, | ) CASE NO. C08-1168-JLR-JPD |
| v. | ) |
| SGT. VERNETTE STOWERS, *et al.*, | ) ORDER DISMISSING § 1983 ACTION |
| Defendants. | ) |

The Court, having reviewed the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, any objections thereto, and the balance of the record, does hereby ORDER:

(1) The Court adopts the Report and Recommendation.

(2) The complaint and this § 1983 action are DISMISSED without prejudice for failure to prosecute. *See* Local Rule CR 41(b).

(3) The Clerk is directed to send copies of this Order to plaintiff, to counsel for defendants, and to Judge Donohue.

DATED this 13th day of February, 2008.

JAMES L. ROBART
United States District Judge

08-CV-01168-ORD

ORDER DISMISSING § 1983 ACTION